**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| ASCENSION SETON D/B/A ASCENSION SETON MEDICAL CENTER AUSTIN<br><br>        Plaintiff,<br>  v.<br><br>NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and ELEANOR LAWS in her official capacity as an Administrative Law Judge of the National Labor Relations Board,<br><br>        Defendants | Case No. 6-24-cv-00485 |

**CERTIFICATE OF CONFERENCE REGARDING
PLAINTIFF'S MOTION TO TRANSFER CASE [ECF 17]**

On September 26, 2024, counsel for Defendants sought Plaintiff's position on the transfer requested by Defendants' Motion to Transfer, pursuant to Local Civil Rule 7(g). Plaintiff replied that they anticipated that they would oppose that motion.

                                            Dated this 27th day of September, 2024.
                                            <u>/s/ *Phillip Melton*</u>
                                            PHILLIP MELTON
                                            *Attorney*
                                            Texas Bar no. 24105346 – *pro hac vice*
                                            1015 Half Street, S.E. - 4th Floor
                                            Washington, DC 20003
                                            Telephone: (202) 273-3834
                                            Email: phillip.melton@nlrb.gov