**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ASCENSION SETON,** | § | |
| *Plaintiff,* | § | |
| | § | **A-24-CV-01176-ADA** |
| *v.* | § | |
| | § | |
| **NATIONAL LABOR RELATIONS** | § | |
| **BOARD, JENNIFER ABRUZZO,** | § | |
| **LAUREN MCFERRAN, MARVIN E** | § | |
| **KAPLAN, GWYNNE A WILCOX,** | § | |
| **DAVID M PROUTY, ELEANOR** | | |
| **LAWS,** | | |
| *Defendants.* | | |

**ORDER**

**THIS MATTER** comes before the Court on Proposed Intervenor National Nurses Organizing Committee-Texas/National Nurses United's ("NNOC-Texas/NNU") Motion for Leave to Intervene and to Appear at the October 7, 2024 Hearing on Plaintiff's Motion for Preliminary Injunction Pursuant to Federal Rule of Civil Procedure 24 (ECF No. 27).

The Court denied Intervenor's motion for leave to appear at the hearing on October 7, 2024. The Court denied leave because NNOC-Texas/NNU's motion for leave to appear was not filed until the day that the preliminary injunction was to be held.

The Court also orally denied Intervenor's motion to Intervene in the above-captioned matter at the October 7 hearing. However, having reconsidered the Intervenor's motion, the Court finds that Intervenor has satisfied all the necessary criteria to intervene as a matter of right and hereby **GRANTS** Intervenor's motion to intervene.

**IT IS SO ORDERED** that Intervenor's motion for leave to appear at the October 7 preliminary injunction hearing is **DENIED.**

**IT IS FURTHER ORDERED** that Intervenor's motion to Intervene is hereby **GRANTED.**

Signed this 12th day of November, 2024.

Alan D Albright
United States District Judge